AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Title 36, C.F.R. 4.30(d)(1) - Possession of a Bicycle in a Wilderness Area - Class B Misdemeanor

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ STEVEN N. GRAVENITES

**DISTRICT COURT NUMBER**

CR 07 0714

PENALTY:
Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Rangers, National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: SCOTT N. SCHOOLS
  ☑ U.S. Att'y  ☐ Defense

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---- DEFENDANT ----

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 6/21/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

Case 3:07-cr-00714-BZ   Document 1   Filed 11/09/2007   Page 2 of 3

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |

FILED
07 NOV -9 PM 3:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　) No. CR 07 0714 BZ
　　　Plaintiff, )
　　　　　　　　　　　　　　　　) VIOLATIONS: Title 36, Code of Federal
　　　v. ) Regulations, Section 4.30(d)(1) – Possession
　　　　　　　　　　　　　　　　) of a Bicycle in a Wilderness Area (Class B
STEVEN N. GRAVENITES, ) Misdemeanor)
　　　　　　　　　　　　　　　　)
　　　Defendant. )
　　　　　　　　　　　　　　　　) SAN FRANCISCO VENUE

### INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 4.30(d)(1) – Possession of a Bicycle in a Wilderness Area

On or about June 21, 2007, in the Northern District of California, within an area administered by the National Park Service, the defendant,

STEVEN N. GRAVENITES,

//
//
//
//
//

INFORMATION

1  possessed a bicycle in a wilderness area, in violation of Title 36, Code of Federal Regulations,
2  Section 4.30(d)(1), a Class B Misdemeanor.
3
4  DATED: 11/9/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____

WENDY THOMAS
Special Assistant United States Attorney

INFORMATION