Location: CN30 Citation: P0362756 SIDE: A

**New Citation Search**  **New Hearing Search**

---

**United States District Court**
**Violation Notice**

07-0347

CVB Location Code: CN 30  CBS

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| P 0362756 | B. Lake | 1671 |

P 0362756

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 6/26/7, 1500
Offense Charged: 36CFR 4.30(d)(1)

Place of Offense: Lake Ranch Trail, Pt. Reyes N.S.

Offense Description: Possession of a bicycle in a wilderness area

**DEFENDANT INFORMATION**  Phone (415) 595-0780

| Last Name | First Name | MI |
|---|---|---|
| GRAVENITES | Steven | N |

Street Address: 60 Pastori Ave #37
City: Fairfax   State: CA   Zip Code: 94930   Date of Birth: 10/23/62

Drivers License No: C4248150   DL State: CA   Social Security No: 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

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Brn   Eyes: Brn   Height: 6'2"   Weight: 200

**VEHICLE DESCRIPTION**  VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| — | — | | Niner | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$250.00 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $275.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown you will be notified of your appearance date by mail)

Court Address:    Date (mm/dd/yyyy):
                  Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy   NPS 10-50 (Rev 7-05)

Location: CN30 Citation: P0362756 SIDE: B

**New Citation Search   New Hearing Search**

STATEMENT OF PROBABLE CAUSE   2756
(For issuance of an arrest warrant or summons)

I state that on June 21, 2007 while exercising my duties as a law enforcement officer in the Northern District of California

After leaving a search and rescue operation within the boundaries of Point Reyes National Seashore, I observed a group of six mountain bikers riding down the Lake Ranch trail on their mountain bikes. The Lake Ranch trail is located in a designated Wilderness Area and has regulations against possessing / operating bicycles within it. The trail, as well as other connecting to it, has numerous clearly posted signs that say no bikes. I contacted a man on a red bike and identified him as Steven GRAVENITES (DOB 10/23/62). I explained the regulation to GRAVENITES and cited him for possession of a bicycle in a designated wilderness area. GRAVENITES bike was impounded for evidence / contraband per Park Policy. (See case incident report #07-0347 for additional information on GRAVENITES)

The foregoing statement is based upon
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 6/21/07
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U S Magistrate Judge

CVB Scan 7/5/2007 12 19 09