UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR07-0714 MAG**
Case Name: **USA v. Steven N. Gravenites**

TRIAL SHEET, EXHIBIT and WITNESS LIST

| MAGISTRATE JUDGE<br>BERNARD ZIMMERMAN | PLAINTIFF ATTORNEY:<br>Wendy Thomas and<br>Derek Angell L/C | DEFENSE ATTORNEY:<br>Steven N. Gravenites pro per |
|---|---|---|
| TRIAL DATE:<br>11/14/2007 | REPORTER(S):<br>Belle Ball ; 1:35- 4:05 | CLERK:<br>LASHANDA SCOTT |

FILED NOV 14 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11/14/2007 | | | | |
| | | 1:35 pm | | | Judge Cried in | |
| | | | | | Court advised the defendant of rights and charges | |
| | | | | | Discussion re 16 U.S.C. Section 3 - Maximum penalty $500.00 | |
| | | | | | AUSA stated that the maximum penalty is $5,000.00 | |
| | | 1:44 p.m. | | | Plaintiff's witness sworn - Ranger Brian Lake | |
| X | | 1:46 p.m. | | | Plaintiff's Exhibit #1 - marked and admitted (Bear Valley Visitor Center Map) | |
| | | | | | witness marked an A on Plaintiff's Exhibit #1 | |
| | | | | | witness marked a B on Plaintiff's Exhibit #1 | |
| | | | | | witness marked on blow up map of Exhibit #1 | |
| X | | 1:52 p.m. | | | Plaintiff's Exhibit #2 - marked and admitted | |
| X | | 1:53 p.m. | | | Plaintiff's Exhibit #3 - marked and admitted | |
| X | | 1:54 p.m. | | | Plaintiff's Exhibit #4 - marked and admitted | |
| | | 2:02 p.m. | | | Plaintiff's Exhibit #5 - marked and admitted (sign with bicycle with red slash across the bike | |
| | | 2:05 p.m. | | | Plaintiff finished with direct | |
| | | 2:05 p.m. | | | Defendant cross-examination of witness Lake | |
| | | 2:18 p.m. | | | Defendant's Exhibit A marked and admitted | |
| | X | 2:22 p.m. | | | Defendant's Exhibit B1 through B18 marked and admitted | |
| | | 2:22 p.m. | | | Defendant's Exhibit B1 | |
| | | 2:26 p.m. | | | Defendant's Exhibit B5, B6 | |
| | | 2:28 p.m. | | | Defendant's Exhibit B7 through B18 | |
| | | 2:36 p.m. | | | Defendant finished | |

Case No: **CR07-0714 MAG**
Case Name: **USA v. Steven N. Gravenites**
Date: **November 14, 2007**
**Courtroom Deputy: Lashanda Scott - Court Reporter: Belle Ball**
**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:36 p.m. | | | Plaintiff re-direct of witness Lake | |
| | | 2:37 p.m. | | | Plaintiff finished | |
| | | 2:37 p.m. | | | Defendant re-cross of witness Lake | |
| | | 2:38 p.m. | | | Plaintiff's witness sworn - Rene Buehl | |
| | | 2:41 p.m. | | | Plaintiff's Exhibit #1 (witness marked a C on exhibit #1) | |
| | | 2:45 p.m. | | | Plaintiff finished | |
| | | 2:45 p.m. | | | Defendant cross examination of witness Buehl | |
| | | 2:49 p.m. | | | Defendant exhibit B1 | |
| | | 2:50 p.m. | | | Defendant exhibit B2 | |
| | | 2:50 p.m. | | | Defendant exhibit B6 | |
| | | 2:51 p.m. | | | Defendant exhibit B9 | |
| | | 2:51 p.m. | | | Defendant exhibit B7 | |
| | | 2:52 p.m. | | | Defendant exhibit B16-2 | |
| | | 2:52 p.m. | | | Defendant finished | |
| | | 2:53 p.m. | | | Court recess for 10 minutes | |
| | | 3:05 p.m. | | | Defendant witness sworn - Barry London | |
| | | 3:13 p.m. | | | Defendant finished | |
| | | 3:14 p.m. | | | Defendant sworn - Steven Gravenites | |
| | X | 3:28 p.m. | | | Defendant Exhibit C - marked and admitted | |
| | | 3:46 p.m. | | | Plaintiff cross-examination of Gravenites | |
| | | 3:55 p.m. | | | Plaintiff finished | |
| | | 3:56 p.m. | | | Court ruling: Court finds the defendant guilty of possession of bicycle in the wilderness area. Court addresses Mr. Buehl re a message to the Chief Ranger re sign issues, law breakers, | |

Page 2

Case No: **CR07-0714 MAG**
Case Name: **USA v. Steven N. Gravenites**
Date: **November 14, 2007**
**Courtroom Deputy: Lashanda Scott - Court Reporter: Belle Ball**
EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3:56 p.m. | | | collection agency for fines, etc. Court imposed sentence. | |
| | | | | | Defendant fined $25.00, $25.00 processing fee, and a $10.00 special assessment. | |
| | | | | | Case Closed. | |
| | | 4:05 p.m. | | | Court adjourned. | |
| | | | | | Defendant's Exhibits marked and admitted as follows: A, B1, B2, B2A, B3, B4, B5, B6, B7, B8, B9, B10, B11, B12, B13, B14, B15, B16, B16-2, B17, B18, and C. | |
| | | | | | Plaintiff's Exhibits marked and admitted as follows: 1, 2, 3, 4, and 5. | |