**Online Payment**

**Step 3: Confirm Payment**                                      1 | 2 | 3

Thank you.
Your transaction has been successfully completed.

**Pay.gov Tracking Information**

Application Name: Central Violations Bureau (CVB) Form
Pay.gov Tracking ID: 24UEH7U5
Agency Tracking ID: 74036322256
Transaction Date and Time: 11/23/2007 22:53 EST

**Payment Summary**

| Address Information | Account Information | Payment Information |
|---|---|---|
| Account Holder Name: Katrine Kenyon | Card Type: Visa | Payment Amount: $60.00 |
| Billing Address: 1505 Lauren Drive | Card Number: ************3065 | Transaction Date and Time: 11/23/2007 22:53 EST |
| Billing Address 2: | Expiration Date: 10 / 2008 | |
| City: Petaluma | | |
| State / Province: CA | | |
| Zip / Postal Code: 94954 | | |
| Country: USA | | |

$ 25.00  SPECIAL ASSESSMENT
PAID IN FULL
on 11-23-07

$ 10.00  FINE PAID IN FULL
on 11-23-07

CVB FEE $25.00 PAID
on 11-23-07

FOR: STEVEN GRAVENITES
CASE # CR 07-0714 BZ
CITATION # PO 362756

**FILED**
FEB - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
08 FEB -4 PM 2:24
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.